UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number:  14-27110

NARCISA AMANDA GUTIERREZ
    Debtor
_____/

EMERGENCY MOTION TO RE-OPEN CHAPTER 13 CASE
AND WITHDRAW FINAL REPORT
(Emergency as the underlying motions are set for hearing on November 7, 2017
and this matter must be heard at the same time as the other motions.)

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Motion to Reopen this Chapter 13 Case and withdraw her Final Report and states as follows:

    1. The Plan provides for attorney fees in the amount of $10,500.00 ($7,500.00 for the Debtor's Bankruptcy attorney fees and $5000.00 for the Debtor's MMM attorney fees.)

    2. The Trustee requested a fee application as the fees exceeded safe harbor.

    3. As the fees exceeded safe harbor, the Trustee put a hold on the payments to the Debtor's attorney.

    4.  After the dismissal of this case, the Trustee released the hold on the funds paid by the Trustee but did not release the hold on the attorney fees as a fee application had not been filed.

    5.  The funds disbursed incorrectly as the safe harbor amount of the attorney fees were not paid in full.

    6.  The Trustee is seeking turnover of over payments from creditors in order to pay the safe harbor attorney fees.

    WHEREFORE, the Trustee requests that this Court enter an order reopening this case and withdrawing her final report and for any other relief as the Court may deem necessary.

RESPECTFULLY SUBMITTED:
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____
☐ Nancy K. Neidich, Esq.
   FLORIDA BAR NO: 441856
☐ Adisley Cortez-Rodriguez, Esq.
   FLORIDA BAR NO: 0091727
■ Amy E. Carrington, Esq.
   FLORIDA BAR NO: 101877
☐ Jose Ignacio Miceli, Esq.
   FLORIDA BAR NO: 0077539

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of this Emergency Motion to Reopen was served through NEF on Michael Frank, Esq, debtor's attorney and by US First Class Mail to Winsted Funding, LLC, Seneca Mortgage Servicing, LLC, 3374 Walden Avenue, Suite 120, Depew, NY 14043 AND Wilimington Savings Fund Society FSB, as Trustee for Stanwich Mortgage Loan Trustee, Series 2015-3, Brock & Scott, PLLC, Post Office Box 25018, Tampa, FL 33622-5018 on October 30, 2017.

/s/_____
Amy E Carrington, Esq