

**ORDERED in the Southern District of Florida on December 7, 2017.**

_____
Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-27110-BKC-LMI
CHAPTER 13

IN RE:
NARCISA AMANDA GUTIERREZ
    Debtor.
_____/

## ORDER GRANTING APPLICATION FOR FEES BY ATTORNEY FOR DEBTOR

THIS CAUSE having come on to be heard at 9:00 a.m., on December 5, 2017, on the Application for Fees by the Attorney for the Debtor, [ECF 124] having heard argument of counsel, reviewed the Attorney's Application and finding that all the charges and entries are reasonable and further, the Debtor's attorney is asking for a total fee of $12,500.00, ($7,500.00 for the bankruptcy case and safe harbor of $5,000.00 for the MMMs) and having received $2,000.00 in fees for the Bankruptcy Case and $150.00 in costs, with a balance due of $5,500.00 for the bankruptcy case and $2,000.00 due for the MMM, for a total of $7,500.00, payable through the Debtors' Chapter 13 Plan, and based upon the record, it is,

**ORDERED**:

1.    Michael A. Frank, attorney for the Debtors, is awarded the sum of $12,500.00

in attorney's fees and $150.00 in costs. The balance due is $5,500.00, for the bankruptcy fees, and for $2,000.00 for MMM fees, for a total of $7,500.00 to be paid pursuant to the Debtor's Chapter 13 Plan.

### # # #

Submitted by:
Michael A. Frank, Esquire
10 Northwest LeJeune Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

Copies to:
Michael A. Frank, Esquire
Nancy Neidich, Trustee

    Attorney Michael A. Frank is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.