UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number:  14-27110-LMI

NARCISA AMANDA GUTIERREZ
        Debtor
_____/

MOTION FOR CONTEMPT
(Winstead Funding, LLC)
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Motion for

Contempt against Winstead Funding, LLC and states as follows:

1) Winstead Funding, LLC received an over payment of $4,655.34.

2)  On September 5, 2017, the Trustee sent a letter to Creditor requesting the return of

these funds.

3)  On October 23, 2017, the Trustee filed a motion to compel turnover of the funds.

4)  On November 18, 2017, this Court entered an order compelling Winstead Funding,

LLC to turnover the funds to the Chapter 13 Trustee.

5)  On NOvember 30, 2017, the Trustee served Winstead Funding, LLC with a copy of

the order compelling turnover of the funds.

6)  As of January 24, 2018, the Trustee has not received the return of funds from

Winstead Funding, LLC.

7) This case was dismissed as the Debtor failed to fund the plan.

8)  The confirmed 5th Amended Plan provides for attorney fees in the amount of

$7,000.00.  The amount of $5,500.00 to be paid through the plan.  The Trustee should have

disbursed 18 payments of $189.66 to the Debtor's attorney.

The fee sought by the Debtor's attorney are in excess of the safe harbor and the attorney did not file an application for compensation until November 7, 2017.

WHEREFORE, the Trustee requests that this Court enter an order finding Winstead Funding, LLC in contempt of this Court's order to compel turnover, to require Winstead Funding to turnover the funds within 30 days and for any other relief as this Court may deem necessary.

RESPECTFULLY SUBMITTED:
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____
☐ Nancy K. Neidich, Esq.
   FLORIDA BAR NO: 441856
☐ Adisley Cortez-Rodriguez, Esq.
   FLORIDA BAR NO: 0091727
■ Amy E. Carrington, Esq.
   FLORIDA BAR NO: 101877
☐ Jose Ignacio Miceli, Esq.
   FLORIDA BAR NO: 0077539

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this and the Notice of Hearing was served through NEF on Michael Frank, Esq, debtor's attorney and Neisi I Garcia Ramirez on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust,Series 2015-3 and Teresa M Hair on behalf of Creditor Winsted Funding Trust 2015-1 and Matthew B Klein on behalf of Creditor Wilmington Savings Fund Society, FSB, astrustee for Stanwich Mortgage Loan Trust,Series 2015-3 _JANUARY 25, 2018._

Winsted Funding, LLC
Seneca Mortgage Servicing, LLC
3374 Walden Avenue, Suite 120
Depew, NY 14043

/s/_____
Amy E Carrington, Esq